Argued and submitted September 27, affirmed on appeal; affirmed as modified on cross-appeal and remanded October 30, reconsideration denied December 13, 1985, petition for review denied February 11, 1986 (300 Or 545)

In the Matter of the Marriage of

BROSI,
*Appellant - Cross-Respondent,*
*and*

BROSI,
*Respondent - Cross-Appellant.*

(83-2740; CA A33860)

707 P2d 1303

James P. O'Neal, Myrtle Creek, argued the cause and filed the brief for appellant - cross-respondent.

Diana Wales, Roseburg, argued the cause for respondent - cross-appellant. With her on the brief was Arneson, Wales & Bernier, Roseburg.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution proceeding, on husband's appeal, we affirm, and on wife's cross-appeal, we modify in the following particulars: (1) Instead of "an award of spousal support for a period of five years at a monthly rate of $350.00," wife is awarded $500.00 per month permanent spousal support. (2) To correct a mathematical error in the computation of the parties' assets and liabilities, wife's judgment lien of $42,745.04 shall be increased by $9,350.00 to $52,095.04, which judgment will be payable in the four point manner specified in paragraph 8 of the existing decree. (3) Based on our *de novo* review of the record, and husband's concession at oral argument, the decree is further modified to provide that one calf, as referred to in wife's sixth assignment of error, shall be awarded to wife, and that wife shall be awarded reasonable attorney fees.

Affirmed on appeal; affirmed as modified on cross-appeal; and remanded for determination of attorney fees and entry of a modified judgment. Costs to wife.